

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00081-CR

Juan **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR10368
Honorable Angus K. McGinty, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

The State's July 11, 2014 motion for rehearing is DENIED. Our opinion and judgment of July 2, 2014 is WITHDRAWN. In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 29, 2014.

_____
Patricia O. Alvarez, Justice